**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2385**

JAMES R. WATSON, JR.,

Plaintiff - Appellant,

v.

META PLATFORMS TECHNOLOGIES, LLC; C.S.C. GLOBAL,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:25-cv-08217-SAL)

Submitted:  March 26, 2026                          Decided:  March 30, 2026

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James R. Watson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James R. Watson, Jr., appeals the district court's orders (1) accepting the recommendation of the magistrate judge and dismissing without prejudice Watson's pro se civil complaint, and (2) denying Watson's motion for reconsideration.[*] We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Watson v. Meta Platforms Techs., LLC*, No. 4:25-cv-08217-SAL (D.S.C., Sep. 23, 2025; Nov. 12, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal order is a final decision because the court dismissed the complaint "without providing leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc).